# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2093 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 130 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 92367 |
| KATHY LAURINO YEATTER, | : | |
| Respondent | : | (Lebanon County) |

# O R D E R

**PER CURIAM:**

AND NOW, this 7th day of May, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated April 6, 2015, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Pa.R.D.E. 215(g), and it is

ORDERED that Kathy Laurino Yeatter is suspended on consent from the Bar of this Commonwealth for a period of three years, and she shall comply with all the provisions of Pa.R.D.E. 217.